IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
RUSSELL COUNTY COMMUNITY      )
HOSPITAL, LLC d/b/a Jack      )
Hughston Memorial Hospital,   )
                              )
    Plaintiff,                )
                              )       CIVIL ACTION NO.
    v.                        )         3:10cv288-MHT
                              )             (WO)
ALERON MEDICAL SYSTEMS,       )
INC., and E-SCAN IMAGING      )
ASSOCIATES, INC.,             )
                              )
    Defendants.               )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 35), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs and fees.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of July, 2010.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE